# Court of Appeals
# of the State of Georgia

ATLANTA,  April 18, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0308. EDWARD T. RIDLEY v. ESTATE OF WILLIAM BILL DICKERSON, et al.**

Edward T. Ridley filed a civil action against the estate of William "Bill" Dickerson and Dickerson's heirs. On January 11, 2022, the trial court dismissed the case for lack of prosecution. On March 17, 2022, Ridley filed an application for a discretionary appeal, seeking review of the dismissal order. We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days following entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an application for appeal not made in compliance therewith." *Moulder v. Reilly*, 226 Ga. App. 608, 608 (487 SE2d 142) (1997) (punctuation omitted); see also *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011) (noting that this Court "has held that the failure to meet the statutory deadline for filing a discretionary application is a jurisdictional defect"). Here, Ridley filed his application 65 days after entry of the order he seeks to appeal. The application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* ___04/18/2022___

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*